IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM MCGUIRE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-2268

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed August 19, 2014.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

William McGuire, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.